United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

Chambers of                                                                        214/753-2400

U.S. Magistrate Judge David L. Horan

March 18, 2024

Karen Mitchell, Clerk
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

        Re:    3:24-cv-621-N, *Rand et al. v. Eyemart Express LLC*

Dear Ms. Mitchell:

      Pursuant to the provisions of 28 U.S.C. § 455, I would appreciate it if you would please reassign the above-referenced case going forward to another magistrate judge for matters that may be referred in accordance with the usual procedure.

                                                                                        Sincerely,

                                                                                        David L. Horan