# UNITED STATES DISTRICT COURT
Northern District of Texas

| | | |
|---|---|---|
| RACHELLE RAND, ET AL<br>**PLAINTIFF**<br><br>VS.<br><br>EYEMART EXPRESS, LLC<br>**DEFENDANT** | § § § § § § § § § § | CAUSE NO. 3:24-cv-00621-N |

## SUMMONS IN A CIVIL ACTION
## RETURN OF SERVICE

This SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT DEMAND FOR JURY TRIAL, CIVIL COVER SHEET, CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT, NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE for EYEMART EXPRESS LLC c/o Registered Agent CT CORPORATION SYSTEM was received by me on Thursday, March 14, 2024 at 4:25 PM.

I delivered the above-mentioned documents to Intake Specialist: Tierica Williams, authorized to accept service who represented that they were authorized to accept service on behalf of EYEMART EXPRESS LLC c/o Registered Agent CT CORPORATION SYSTEM on Friday, March 15, 2024 at 2:48 PM at 1999 BRYAN STREET STE. 900, DALLAS, TX 75201.

I am over the age of eighteen, and am not a party to this case.

I declare under penalty of perjury that this information is true.

Friday, March 15, 2024

*Tracy Dewayne Edwards*

Tracy Dewayne Edwards
Process Server
1015 Devonshire Drive South
Forney, TX 75126

EYE002
DocID: P320408_1