# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RACHELLE RAND, ESPERANZA GOTTSCHAU, and RAMON SOTO, on Behalf of Themselves and All Others Similarly Situated,<br><br>   Plaintiffs,<br><br>v.<br><br>EYEMART EXPRESS, LLC,<br><br>   Defendant. | Case No.: 3:24-cv-00621-N |

## NOTICE OF ATTORNEY APPEARANCE

The undersigned attorney hereby notifies the Court and Plaintiffs that Andrew F. Newman shall appear in the above-entitled action as lead counsel and an attorney of record for Defendant Eyemart Express, LLC.

Pursuant to LR 83.10, undersigned counsel certifies that he is admitted and resides within the Northern District of Texas.

Dated: April 4, 2024

Respectfully submitted,

By: */s/ Andrew F. Newman*
Andrew F. Newman
Texas State Bar No. 24060331
**POLSINELLI PC**
2950 N. Harwood Street, Suite 2100
Dallas, Texas 76005
Tel: (214) 661-5506
Fax: (214) 397-0033
Email: afnewman@polsinelli.com

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2024, I electronically filed the above and foregoing pleading with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Patrick Yarborough
patrick@fosteryarborough.com
Jeffrey Lucas Ott
luke@fosteryarborough.com
FOSTER YARBOROUGH PLLC
917 Franklin Street, Suite 220
Houston, Texas 77002

    AND

Mark S. Reich
mreich@zlk.com
Courtney Maccarone
cmaccarone@zlk.com
Gary I. Ishimoto
gishimoto@zlk.com
LEVI & KORSINSKY, LLP
33 Whitehall Street, 17 Floor
New York, New York 10004
*Attorneys for Plaintiff*

                                         */s/ Andrew F. Newman*
                                         Andrew F. Newman