## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RACHELLE RAND, ESPERANZA GOTTSCHAU, and RAMON SOTO on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>EYEMART EXPRESS, LLC,<br><br>    Defendant. | Case No. 3:24-cv-00621-N |

**DEFENDANT EYEMART EXPRESS, LLC'S AGREED MOTION
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Eyemart Express, LLC ("Defendant"), by its attorney, Andrew F. Newman of Polsinelli PC, pursuant to Fed. R. Civ. P. 6(b)(1), moves for an extension of time in which to answer or otherwise respond to the Complaint. In support of its Motion, Defendant states:

1. The Complaint in this matter was filed on March 13, 2024, and Defendant was served via its Registered Agent, CT Corporation on March 15, 2024.

2. Defendant's deadline to answer or otherwise respond to the Complaint is currently April 5, 2024.

3. On April 3, 2024, counsel for Defendant contacted counsel for Plaintiffs via email and requested that Defendant may have up to and including May 6, 2024 to file its Answer or otherwise respond to Plaintiff's Complaint, subject to the Court's approval. Plaintiff's counsel responded and agreed to the extension via email.

4. Defendant is still reviewing the allegations and conducting an investigation into the allegations in order to prepare its response. Accordingly, Defendant respectfully requests an

extension through and including May 6, 2024, within which to file its answer or other response in this matter.

5.　　This is Defendant's first request for an extension of time to answer or otherwise respond to the Complaint.

6.　　This request is not made for the purpose of delay or harassment, and no party will be prejudiced by the additional time for Defendant to answer or otherwise respond.

WHEREFORE, Defendant Eyemart Express, LLC respectfully requests this Court grant this Agreed Motion for an Extension of Time to Respond to Complaint and enter an Order allowing it until May 6, 2024 to answer or otherwise respond in this matter.

**Dated: April 4, 2024**　　　　　　　　　　　　　　**Respectfully submitted**,

By: */s/ Andrew F. Newman*
Andrew F. Newman
Texas State Bar No. 24060331

**POLSINELLI PC**
2950 N. Harwood Street, Suite 2100
Dallas, Texas 76005
Tel: (214) 661-5506
Fax: (214) 397-0033
Email: afnewman@polsinelli.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF CONFERENCE**

Pursuant to LR 7.1(h) counsel for Defendant conferred with counsel for Plaintiffs via email on April 3, 2024. Counsel for Plaintiffs indicated that they do not oppose the relief sought herein.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2024, I electronically filed the above and foregoing motion with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Patrick Yarborough
patrick@fosteryarborough.com
Jeffrey Lucas Ott
luke@fosteryarborough.com
FOSTER YARBOROUGH PLLC
917 Franklin Street, Suite 220
Houston, Texas 77002

    AND

Mark S. Reich
mreich@zlk.com
Courtney Maccarone
cmaccarone@zlk.com
Gary I. Ishimoto
gishimoto@zlk.com
LEVI & KORSINSKY, LLP
33 Whitehall Street, 17 Floor
New York, New York 10004
*Attorneys for Plaintiff*

                                               */s/Andrew F. Newman*
                                               Andrew F. Newman