## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RACHELLE RAND, ESPERANZA GOTTSCHAU, and RAMON SOTO, on Behalf of Themselves and All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>v.<br><br>EYEMART EXPRESS, LLC,<br><br>  Defendant. | Case No.: 3:24-cv-00621-N |

## PROPOSED ORDER ON DEFENDANT EYEMART EXPRESS, LLC'S MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

THE COURT being fully advised, hereby GRANTS Defendant Eyemart Express, LLC's ("Defendant") Agreed Motion for an Extension of Time to Respond to Complaint. Defendant shall have up to and including May 6, 2024 to answer or otherwise respond to the Complaint in this matter.

DATED:_____          _____
                                  Chief Judge David C. Godbey