UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| RACHELLE RAND, et al., *Plaintiff* | § § § § § § § § § | Case No. 3:24-cv-00621 |
| v. | | |
| EYEMART EXPRESS, LLC, *Defendant* | | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)

LEVI & KORSINSKY, LLP                                             , with offices at

33 Whitehall Street, 17th Floor
(Street Address)

New York                           NY                    10004
(City)                             (State)               (Zip Code)

(212) 363-7500                     (212) 363-7171
(Telephone No.)                    (Fax No.)


II. Applicant will sign all filings with the name  Gary S. Ishimoto                                        .


III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Plaintiffs Rachelle Rand, Esperanza Gottschau, and Ramon Soto




to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Massachusetts_____, where Applicant regularly practices law.

Bar license number: 707319     Admission date: 01/12/2021

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| District of Massachusetts | 05/17/2022 | Active |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

N/A   _____

_____   _____

_____   _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Patrick Yarborough                                                  , who has offices at

917 Franklin Street, Suite 220
(Street Address)

Houston                              TX                77002
(City)                               (State)            (Zip Code)

(713) 331-5254                       (713) 513-5202
(Telephone No.)                      (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   4th   day of   April                , 2024    .

Gary S. Ishimoto
Printed Name of Applicant

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.