UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Rachelle Rand, Esperanza Gottschau, and Ramon Soto,<br>  *Plaintiff*,<br><br>v.<br><br>Eyemart Express, LLC,<br>  *Defendant* | §<br>§<br>§<br>§<br>§<br>§ Civil Action No. 3:24-cv-00621-N<br>§<br>§<br>§ |

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFFS, ORI RAPHAEL AND DAMON MATHIAS, AS LOCAL COUNSEL PURSUANT TO LOCAL RULE 83.10(a)

PLEASE TAKE NOTICE that Ori Raphael & Damon Mathias hereby enter an appearance as additional counsel of record for Plaintiffs Rachelle Rand, Esperanza Gottschau, and Ramon Soto. The undersigned consents to notification and service of all notices and filings in this action via the Court's ECF system at ori@mr.law and damon@mr.law. Messrs. Raphael and Mathias meet the definition and requirements of local counsel set forth in Local Rule 83.10(a).

Dated: May 1, 2024          Respectfully submitted,

| **MATHIAS RAPHAEL PLLC** | **FOSTER YARBOROUGH PLLC** |
|---|---|
| */s/ Damon Mathias*<br>Ori Raphael<br>Texas Bar No. 24088273<br>Damon Mathias<br>Texas Bar No. 24080170<br>Mathias Raphael PLLC<br>13101 Preston Road, Suite 501<br>Dallas, TX 75240<br>214-739-0100<br>Fax: 214-739-0151<br>Email: **ori@mr.law**<br>Email: **damon@mr.law** | */s/ Patrick Yarborough*<br>Patrick Yarborough<br>Texas Bar No. 24084129<br>patrick@fosteryarborough.com<br>Lauren Yarborough<br>Texas Bar No. 24121181<br>lauren@fosteryarborough.com<br>917 Franklin Street, Suite 220<br>Houston, Texas 77002<br>Telephone: (713) 331-5254<br>Facsimile: (713) 513-5202 |

1

*Counsel for Plaintiffs*

*Counsel for Plaintiffs*

[CONTINUED ON FOLLOWING PAGE]
LEVI & KORSINSKY, LLP

Mark S. Reich*
Courtney E. Maccarone*
Gary S. Ishimoto*
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com
Email: cmaccarone@zlk.com
Email: gishimoto@zlk.com
*Counsel for Plaintiff*

**pro hac vice* forthcoming*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that on the date of filing, a true and correct copy of the foregoing has been served via the court's electronic case filing system and via e-mail upon all counsel of record.

*/s/ Damon Mathias*
Damon Mathias