**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| RACHELLE RAND, ESPERANZA GOTTSCHAU, and RAMON SOTO, on Behalf of Themselves and All Others Similarly Situated,<br><br>           Plaintiffs,<br><br>v.<br><br>EYEMART EXPRESS, LLC,<br><br>           Defendant. | Case No.: 3:24-cv-00621-N |

**ORDER GRANTING DEFENDANT EYEMART EXPRESS LLC'S
<u>MOTION TO DISMISS</u>**

The Court, having considered Defendant Eyemart Express, LLC's ("Defendant") Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) and Memorandum in Support ("Motion"), any response of the Plaintiffs, and any argument of counsel, finds that the Motion should be, and hereby is, in all things, **GRANTED**. It is therefore **ORDERED**, **ADJUDGED**, **AND DECREED** that Plaintiffs' claims are dismissed in their entirety.

    **IT IS SO ORDERED**.

_____
United States District Judge Presiding