IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RACHELLE RAND, ESPERANZA GOTTSCHAU, and RAMON SOTO, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EYEMART EXPRESS, LLC,<br><br>Defendant. | Case No.: 3:24-cv-00621-N |

**APPENDIX TO BRIEF IN SUPPORT FOR DEFENDANT EYEMART EXPRESS, LLC'S RULE 12(B)(1) AND 12(B)(6) MOTION TO DISMISS**

Pursuant to Local Rule 7.1(i), Defendant Eyemart Express, LLC submits this Appendix in Support of the Brief in Support of Defendant's Rule 12(b)(1) and 12(b)(6) Motion to Dismiss:

| Exhibit No. | Description | App. Page No. |
|---|---|---|
| A | Schedule Eye Exam Link | App. 0001-0002 |
| B | Eyemart Privacy Policy | App. 0003-0018 |
| C | Meta Privacy Policy | App. 0019-0028 |
| D | The Markup Article | App. 0029-0042 |

Dated: May 6, 2024                                         Respectfully submitted,


                                                           By: */s/ Andrew F. Newman*
                                                           Andrew F. Newman
                                                           Texas State Bar No. 24060331
                                                           **POLSINELLI PC**
                                                           2950 N. Harwood Street, Suite 2100
                                                           Dallas, Texas 76005
                                                           Tel: (214) 661-5506
                                                           Fax: (214) 397-0033
                                                           Email: afnewman@polsinelli.com

                                                           John C. Cleary (*pro hac vice forthcoming*)
                                                           New York Bar No. 1969146
                                                           **POLSINELLI PC**
                                                           600 Third Avenue, 42nd Floor
                                                           New York, NY 10016
                                                           Tel: (212) 413-2837
                                                           Fax: (212) 684-0197
                                                           Email: john.cleary@polsinelli.com

                                                           Jonathan E. Schmalfeld (*pro hac vice forthcoming)*
                                                           Missouri Bar No. 68374
                                                           **POLSINELLI PC**
                                                           7676 Forsyth Boulevard, Suite 800
                                                           St. Louis, MO  63105
                                                           Tel: (314) 622-6621
                                                           Fax: (314) 231-1776
                                                           Email: jschmalfeld@polsinelli.com

                                                           **ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on May 6th, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system. Any other counsel of record will be served by a facsimile transmission and/or first-class mail.

*/s/ Andrew F. Newman*
Andrew F. Newman
