# Exhibit A



Appendix 0002