# Exhibit C

# Privacy Policy

**Explore the policy**

What is the Privacy Policy and what does it cover?

What information do we collect?

How do we use your information?

How is your information shared on Meta Products or with integrated partners?

How do we share information with third parties?

How do the Meta Companies work together?

How can you manage or delete your information and exercise your rights?

How long do we keep your information?

How do we transfer information?

How do we respond to legal requests, comply with applicable law and prevent harm?

How will you know the policy has changed?

Privacy notice for United States residents

How to contact Meta with questions

Why and how we process your information

**Other policies**

Terms of Service

Cookies Policy

## What is the Privacy Policy and what does it cover?

Appendix 0020

## Supplemental policies

Facebook Portal products

Facebook View

Free Basics

Meta Platforms Technologies Products

Oversight Board

# What information do we collect?

## Highlights

In this policy we list the kinds of information we collect. Here are some important ones. We collect:

- The information you give us when you sign up for our Products and create a profile, like your email address or phone number

- What you do on our Products. This includes what you click on or like, your posts and photos and messages you send. If you use end-to-end encrypted messaging, we can't read those messages unless users report them to us for review.

- Who your friends or followers are, and what they do on our Products

- Information from the phone, computer, or tablet you use our Products on, like what kind it is and what version of our app you're using

- Information from partners[3] about things you do both on and off of our Products. This could include other websites you visit, apps you use or online games you play.

The information we collect and process about you depends on how you use our Products[4]. For example, we collect different information if you sell furniture on Marketplace than if you post a reel on Instagram. When you use our Products, we collect some information about you even if you don't have an account[5].

Here's the information we collect:

**Your activity and information you provide**



On our Products[4], you can send messages, take photos and videos, buy or sell things and much more. We call all of the things you can do on our Products "activity." We collect your activity across our Products and information you provide[6], such as:

- Content you create, like posts, comments or audio[7]

- Content you provide through our camera feature or your camera roll settings, or through our voice-enabled features. Learn more[8] about what we collect from these features, and how we use information from the camera for masks, filters, avatars and effects.

- Messages you send and receive, including their content, subject to applicable law. We can't see the content of end-to-end encrypted messages unless users report them to us for review. Learn more.

- Metadata[9] about content and messages, subject to applicable law

- Types of content, including ads, you view or interact with, and how you interact with it

- Apps and features you use, and what actions you take in them. See examples[10].

- Purchases or other transactions you make, such as through Meta checkout experiences, including credit card information. Learn more[11].

- Hashtags you use

- The time, frequency and duration of your activities on our Products

**Information with special protections**

You might choose to provide information about your religious views, your sexual orientation, political views, health, racial or ethnic origin, philosophical be-

Appendix 0022

liefs or trade union membership. These and other types of information could have special protections under the laws of your jurisdiction.

## Friends, followers and other connections

**Information we collect about your friends, followers and other connections**

We collect information about friends, followers, groups, accounts, Facebook Pages and other users and communities you're connected to and interact with. This includes how you interact with them across our Products and which ones you interact with the most.

**Information we collect about contacts**

We also collect your contacts' information, such as their name and email address or phone number, if you choose to upload or import it from a device[12], like by syncing an address book.

If you don't use Meta Products, or use them without an account, your information might still be collected. Learn more about how Meta uses contact information uploaded by account holders.

Learn how to upload and delete contacts on Facebook and Messenger, or how to connect your device's contact list on Instagram.

**Information we collect or infer about you based on others' activity**

We collect information about you based on others' activity. See some examples[13].

We also infer things about you based on others' activity. For example:

- We may suggest a friend to you through Facebook's People You May Know feature if you both appear on a contact list that someone uploads.

- We take into account whether your friends belong to a group when we suggest you join it.

## App, browser and device information

We collect and receive information from and about the different devices[12] you use and how you use them.

Device information we collect and receive includes:

- The device and software you're using, and other device characteristics. See examples[14].

- What you're doing on your device, like whether our app is in the foreground or if your mouse is moving (which can help tell humans from bots)

- Identifiers that tell your device apart from other users', including Family Device IDs. See examples[15].

- Signals from your device. See examples[16].

- Information you've shared with us through device settings, like GPS location, camera access, photos and related metadata[17]

- Information about the network you connect your device to and your connection, including your IP address[18]. See more examples[19].

- Some location-related information, even if Location Services is turned off in your device settings. This includes using IP addresses to estimate your general location.

- Information about our Products' performance on your device. Learn more[20].

- Information from cookies and similar technologies. Learn more.[21]

**Information from partners, vendors and other third parties**

**What kinds of information do we collect or receive?**

We collect and receive information from partners[22], measurement vendors, marketing vendors and other third parties[23] about a variety of your information and activities on and off our Products[4].

Here are some examples of information we receive about you:

- Your device[12] information

- Websites you visit and cookie data, like through Social Plugins or the Meta Pixel

- Apps you use

- Games you play

- Purchases and transactions you make off of our Products using non-Meta checkout experiences

- Your demographics, like your education level

- The ads you see and how you interact with them

- How you use our partners' products and services, online or in person

Partners[3] also share information like your email address, cookies[21] and advertising device ID with us. This helps us match your activities with your account, if you have one.

We receive this information whether or not you're logged in or have an account on our Products. Learn more about how we connect information from partners to your account.

Partners also share with us their communications with you if they instruct us to provide services to their business, like helping them manage their communications. To learn how a business processes or shares your information, read their privacy policy or contact them directly.

**Take control**

 Off-Facebook activity  

**How do we collect or receive this information from partners?**

Partners use our Business Tools, integrations and Meta Audience Network technologies to share information with us.

These partners collect your information when you visit their site or app or use their services, or through other businesses or organizations they work with. We require partners to have the right to collect, use and share your information before giving it to us.

## What if you don't let us collect certain information?

Some information is required for our Products to work. Other information is optional, but without it, the quality of your experience might be affected.

Learn more[24] >

## What if the information we collect doesn't identify individuals?

In some cases information is de-identified, aggregated, or anonymized by third parties so that it no longer identifies individuals before it's made available to us. We use this information as described below without trying to re-identify individuals.

**Take control**

 Manage the information we collect about you
Privacy Center 

21

## Information from cookies and similar technologies

Cookies are small pieces of text used to store information on web browsers. We use cookies and similar technologies, including data that we store on your web browser or device, identifiers associated with your device and other software, Social Plugins and the Meta Pixel. They help us provide, protect and improve our Products, such as by personalizing content, tailoring and measuring ads and providing a safer experience.

We collect information from cookies stored on your device, including cookie IDs and settings.

Read our Meta Cookies Policy.

22

## Types of partners

**Partners**

Our partners[3] use our Products, including our Business Tools and other technologies that allow businesses to advertise or support their products. Business Tools also help our partners understand and measure how people are using their products and services and how well their ads are working. For example, they might put one of our Business Tools, the Meta Pixel, on their website. Or they might use Meta Audience Network tools to monetize their apps by showing ads from businesses that advertise on Facebook.

**Integrated partners**

Integrated partners[26] also use our Products, specifically the technologies that help you make a connection to them. For example, you might log into their app or website using Facebook Login. Or you might play their game on Facebook, which we call an integration because you can play without leaving our app.

**Who are our partners and integrated partners?**

Here are some examples:

- Advertisers

- Businesses and people that use our Products to sell or offer goods and services

- Publishers (like a website or app) and their measurement vendors
- App developers
- Game developers
- Device manufacturers, internet service providers and mobile network operators
- E-commerce platforms

23

## Other third parties we get information from

Some people, businesses, organizations and bodies share information with Meta but don't necessarily use our Products. We collect and receive information from these other third parties[27], including:

- Publicly available sources, like academic papers and public forums
- Industry peers, such as other online platforms and technology companies
- Marketing and advertising vendors and data providers, who have the rights to provide us with your information
- Companies or organizations that provide content, including videos, photos, and audio
- Law enforcement
- Government authorities
- Professional and non-profit groups, like NGOs, and charities
- Academic and research institutions, like universities, non-profit research groups and think tanks

**Third-party public sources**

For example, we get datasets from publicly available sources, research institutions and professional and non-profit groups. We use these datasets to:

- Detect and stop scraping in violation of our terms
- Take other actions to promote the safety, security and integrity of our Products, our users, the public and our personnel and property
- Improve our AI technologies and support AI research and product development, such as translations, computer vision, content understanding, natural

Appendix 0027

- language processing, and tools for people and businesses to create content
- Engage with research survey respondents who choose to participate in additional conversations

### More in the Privacy Policy

How do we use your information?     >

**24**

## What happens if you don't let us collect certain information

For example, if you don't provide an email address or phone number, we won't be able to create an account for you to use our Products.

Or you can choose not to add Facebook friends, but then your Facebook Feed won't show friends' photos and status updates.

**25**

## Supplemental policies

Facebook Portal products

Facebook View

Free Basics

Meta Platforms Technologies Products

Oversight Board

**26**

## Integrated partner

A partner who uses technologies that help you make a connection to them through our Products, including plugins, login, checkout experiences, instant