UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **Rachelle Rand, Esperanza Gottschau, and Ramon Soto,** | § § § § | |
| *Plaintiffs*, | § | |
| v. | § | Civil Action No. 3:24-cv-00621-N |
| | § | |
| **Eyemart Express, LLC,** | § | |
| *Defendant* | § | |

### AGREED MOTION TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S 12(b)(1) AND 12(b)(6) MOTION TO DISMISS

Plaintiffs Rachelle Rand, Esperanza Gottschau, and Ramon Soto ("Plaintiffs") and Defendant Eyemart Express, LLC ("Defendant") (collectively, the "Parties"), by and through their respective attorneys, hereby submit this agreed motion to extend the briefing schedule on Defendant's Rule 12(b)(1) and 12(b)(6) Motion to Dismiss. In support of this agreed motion, the Parties state:

1. Defendant Eyemart Express, LLC filed its Rule 12(b)(1) and 12(b)(6) Motion to Dismiss on May 6, 2024. (Doc. 14). Pursuant to Local Rule 7.1(e) and Rule 6(a) of the Federal Rules of Civil Procedure, Plaintiffs' response to the Motion to Dismiss currently is due on May 28, 2024.

2. Plaintiffs intend to file a response to Defendant's Motion. However, due to Plaintiffs' Counsel's planned travel surrounding Memorial Day (May 27, 2024), attendance at the MDL hearing in the *In re: AT&T Inc. Customer Data Security Breach Litigation* (MDL No. 3114) taking place on May 30, 2024 in Salt Lake City, and work required to meet expert and witness statement deadlines on Plaintiffs' Counsel's calendar related to an international arbitration taking place in New York City on June 24, 2024, Plaintiffs require additional time to prepare their response to Defendant's Motion.

1

3. Plaintiffs and Defendant have conferred and have agreed that Plaintiffs may have a brief 14-day extension, to June 11, 2024, to respond to Defendant's Motion to Dismiss. Based on the requested extended response deadline and in consideration of Defendant's schedule, the Parties jointly request that Defendants' reply deadline be set on July 2, 2024.

4. Whereas the Parties have conferred and agree that the briefing schedule should be modestly extended to allow the Parties sufficient time to address the anticipated arguments and to accommodate their counsels' respective scheduling conflicts with other cases, the Parties hereby move the Court for the following briefing schedule on Defendant's Motion to Dismiss:

    a. Plaintiffs shall file their response to Defendant's Rule 12(b)(1) and 12(b)(6) Motion to Dismiss by June 11, 2024; and,

    b. Defendant shall reply to the Plaintiffs' response by July 2, 2024.

5. No party will be prejudiced by this request, and this request does not impact any other case deadlines.

6. For the foregoing reasons, Plaintiffs Rachelle Rand, Esperanza Gottschau, and Ramon Soto, and Defendant Eyemart Express, LLC, respectfully request that the Court grant this agreed motion and order that Plaintiffs' deadline to file their response to the Defendant's Motion to Dismiss be June 11, 2024, and Defendant's deadline to reply to the Plaintiffs' response be July 2, 2024.

**[SIGNATURE LINES TO FOLLOW]**

Dated: May 21, 2024

**POLSINELLI PC**

*/s/ Andrew F. Newman*
Andrew F. Newman
Texas State Bar No. 24060331
2950 N. Harwood Street, Suite 2100
Dallas, Texas 75201
Tel: (214) 661-5506
Fax: (214) 397-0033
Email: afnewman@polsinelli.com

John C. Cleary (*pro hac vice forthcoming*)
New York Bar No. 1969146
600 Third Avenue, 42$_{nd}$ Floor
New York, NY 10016
Tel: (212) 413-2837
Fax: (212) 684-0197
Email: john.cleary@polsinelli.com

Jonathan E. Schmalfeld (*pro hac vice forthcoming)*
Missouri Bar No. 68374
7676 Forsyth Boulevard, Suite 800
St. Louis, MO 63105
Tel: (314) 622-6621
Fax: (314) 231-1776
Email: jschmalfeld@polsinelli.com

***Counsel for Defendant***

Respectfully submitted,

**FOSTER YARBOROUGH PLLC**

*/s/ Patrick Yarborough*
Patrick Yarborough
Texas Bar No. 24084129
patrick@fosteryarborough.com
917 Franklin Street, Suite 220
Houston, Texas 77002
Telephone: (713) 331-5254
Facsimile: (713) 513-5202

**MATHIAS RAPHAEL PLLC**

Ori Raphael
Texas Bar No. 24088273
Damon Mathias
Texas Bar No. 24080170
Mathias Raphael PLLC
13101 Preston Road, Suite 501
Dallas, TX 75240
214-739-0100
Fax: 214-739-0551
Email: **ori@mr.law**
Email: **damon@mr.law**

**LEVI & KORSINSKY, LLP**

Mark S. Reich*
Courtney E. Maccarone*
Gary S. Ishimoto (*pro hac vice*)
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com
Email: cmaccarone@zlk.com
Email: gishimoto@zlk.com

**pro hac vice* forthcoming

***Counsel for Plaintiffs***

3

**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing has been served via the court's electronic case filing system and upon all counsel of record.

                                    */s/ Patrick Yarborough*
                                    Patrick Yarborough