UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **Rachelle Rand, Esperanza Gottschau, and Ramon Soto,** § § § § § § § § §  *Plaintiffs*, § § § v. § § § **Eyemart Express, LLC,** § §  *Defendant.* § | Civil Action No. 3:24-cv-00621-N |

**PROPOSED ORDER**

The Court, having duly considered the Plaintiffs Rachelle Rand, Esperanza Gottschau, and Ramon Soto and Defendant Eyemart Express, LLC's Agreed Motion to extend the briefing schedule on Defendant Eyemart Express, LLC's Motion to Dismiss (Doc. 14), and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED.**

Accordingly, Plaintiffs shall have up to and including June 11, 2024, to file their Response to Defendant's Motion to Dismiss, and Defendant shall have up to and including July 2, 2024, to file its Reply to Plaintiffs' Response.

IT IS SO ORDERED.

Dated: _____       _____
                                   United States District Judge

1