IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RACHELLE RAND, ESPERANZA GOTTSCHAU, RAMON SOTO, GEORGIANNA LASH, and AARON MEES on Behalf of Themselves and All Others Similarly Situated<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>EYEMART EXPRESS, LLC,<br><br>　　　　　Defendant. | Case No.: 3:24-cv-00621-N |

**DEFENDANT EYEMART EXPRESS, LLC'S RULE
12(B)(6) MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendant Eyemart Express, LLC ("Eyemart") hereby moves to dismiss all claims asserted in Plaintiffs Rachelle Rand, Esperanza Gottschau, Ramon Soto, Georgianna Lash, and Aaron Mees' First Amended Complaint ("First Amended Complaint") under Federal Rule of Civil Procedure 12(b)(6).

1.　Plaintiffs' First Amended Complaint arises from allegations that Eyemart, by operating its website, violated three separate wiretap laws—the Federal Wiretap Act (Count I), the Missouri Wiretap Act (Count II), and the Illinois Eavesdropping Act (Count III)—and further that Eyemart intentionally intruded upon Plaintiffs' seclusion (Count IV) and breached implied and express contracts (Counts V-VI).  *See* First Amended Complaint.

2.　As described in more detail in Eyemart's Brief in Support, dismissal is warranted under Fed. R. Civ. P. 12(b)(6). Plaintiffs' First Amended Complaint should be dismissed because Plaintiffs' allegations do not contain "enough facts to state a claim to relief that is plausible on its face." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007).

101067123.1

WHEREFORE, Eyemart respectfully requests that this Court grant its Motion to Dismiss for the reasons set forth herein and the accompanying Memorandum in Support, dismiss Plaintiffs' First Amended Complaint, and award to Eyemart any further relief to which it is justly entitled.

Dated: January 6, 2025                                  Respectfully submitted,


By: */s/ Andrew F. Newman*
Andrew F. Newman
Texas State Bar No. 24060331
**POLSINELLI PC**
2950 N. Harwood Street, Suite 2100
Dallas, Texas 76005
Tel: (214) 661-5506
Fax: (214) 397-0033
Email: afnewman@polsinelli.com

John C. Cleary (admitted *pro hac vice*)
New York Bar No. 1969146
**POLSINELLI PC**
600 Third Avenue, 42nd Floor
New York, NY 10016
Tel: (212) 413-2837
Fax: (212) 684-0197
Email: john.cleary@polsinelli.com

Jonathan E. Schmalfeld (admitted *pro hac vice)*
Missouri Bar No. 68374
**POLSINELLI PC**
7676 Forsyth Boulevard, Suite 800
St. Louis, MO 63105
Tel: (314) 622-6621
Fax: (314) 231-1776
Email: jschmalfeld@polsinelli.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2025, I electronically filed the above and foregoing pleading with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Patrick Yarborough
patrick@fosteryarborough.com
Jeffrey Lucas Ott
luke@fosteryarborough.com
FOSTER YARBOROUGH PLLC
917 Franklin Street, Suite 220
Houston, Texas 77002

  AND

Mark S. Reich
mreich@zlk.com
Courtney Maccarone
cmaccarone@zlk.com
Gary I. Ishimoto
gishimoto@zlk.com
LEVI & KORSINSKY, LLP
33 Whitehall Street, 17 Floor
New York, New York 10004
*Attorneys for Plaintiff*

          */s/ Andrew F. Newman*
          Andrew F. Newman