IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RACHELLE RAND, *et al.*, | § | |
| | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:24-CV-621-N |
| | § | |
| EYEMART EXPRESS, LLC, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

By separate Memorandum Opinion and Order of this same date, the Court granted Eyemart Express, LLC's Motion to Dismiss Plaintiffs' First Amended Complaint [32]. It is, therefore, ordered that Plaintiffs take nothing by their claims against Defendant, and those claims are dismissed with prejudice. Court costs are taxed against Plaintiffs. All relief not expressly granted is denied. This is a final judgment.

Signed May 27, 2025.

David C. Godbey
Chief United States District Judge

FINAL JUDGMENT – SOLO PAGE