# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RACHELLE RAND, ESPERANZA GOTTSCHAU, RAMON SOTO, GEORGIANNA LASH, and AARON MEES on Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>EYEMART EXPRESS, LLC,<br><br>        Defendant. | Case No.: 3:24-cv-00621-N<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

    Plaintiffs Rachelle Rand, Esperanza Gottschau, Ramon Soto, Georgianna Lash, and Aaron Mees (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, hereby give notice of their appeal to the United States Court of Appeals for the Fifth Circuit from the Order granting Defendant's Motion to Dismiss Plaintiffs' First Amended Class Action Complaint dismissing Plaintiffs' claims under the Federal Electronic Communications Privacy Act, the Missouri Wiretap Act, and the Illinois Eavesdropping Statute, and for breach of contract, breach of implied contract, and for intrusion upon seclusion, without leave to amend, dated May 27, 2025 [Dkt. 38].

Dated: June 26, 2025

**FOSTER YARBOROUGH PLLC**

By: <u>*/s/ Patrick Yarborough*</u>
Patrick Yarborough
Jeffrey Lucas Ott
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254
Facsimile: (713) 513-5202
Email: patrick@fosteryarborough.com
Email: luke@fosteryarborough.com

**LEVI & KORSINSKY, LLP**

Mark S. Reich*
Courtney Maccarone*
Gary S. Ishimoto (*pro hac vice*)*
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com
Email: cmaccarone@zlk.com
Email: gishimoto@zlk.com

*Counsel for Plaintiffs*

**pro hac vice* forthcoming